IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SNOWFLAKE INC. DERIVATIVE LITIGATION | Case No. 24-cv-426-CFC |

**JOINT STATUS REPORT**

Plaintiffs Patrick M. Murphy, Jr. and Karolin Sahakian and Defendants Snowflake Inc. ("Snowflake"), Frank Slootman, Teresa Briggs, Jeremy Burton, Benoit Dageville, Mark S. Garrett, Kelly A. Kramer, Michael L. Speiser, Jayshree V. Ullal, Carl M. Eschenbach, John D. McMahon, Michael P. Scarpelli, and Christopher W. Degnan (the "Individual Defendants" and together with Snowflake, "Defendants") hereby respectfully submit the following status report in response to the Court's January 27, 2025 order:

On April 4, 2024, Plaintiff Murphy filed a derivative complaint against Individual Defendants on behalf of Nominal Defendant Snowflake (the "*Murphy* Action"). On June 21, 2024, Plaintiff Sahakian filed a derivative complaint against the Individual Defendants on behalf of Nominal Defendant Snowflake (the "*Sahakian* Action").

On July 3, 2024, the Parties filed a Joint Stipulation and Proposed Order (D.I. 7) consolidating the *Murphy* and *Sahakian* Actions and staying the consolidated action pending the outcome of the motion to dismiss in a related

putative securities class action pending in the United States District Court for the Northern District of California titled *Flannery v. Snowflake, Inc., et al.*, Case No. 3:24-cv-01234-PCP (N.D. Cal.) (the "Securities Action").  The stipulation was so-ordered by the Court the same day (D.I. 8).

In the Securities Action, plaintiffs filed an amended complaint on October 28, 2024.  Securities Action D.I. 98.  Snowflake, Slootman, and Scarpelli moved to dismiss on December 23, 2024.  Securities Action D.I. 102.  Plaintiffs in the Securities Action have elected to amend the operative complaint, rather than oppose defendants' motion to dismiss.  On February 7, 2025, the parties to the Securities Action filed a stipulation and proposed order setting forth a proposed schedule for plaintiffs' second amended complaint and defendants' response thereto.  Securities Action D.I. 105.

This action remains stayed pursuant to this Court's July 3, 2024 order pending the outcome of the forthcoming motion to dismiss the second amended complaint in the Securities Action.

The Parties are available to answer any further inquiries from the Court and appreciate the Court's attention to this matter.

Dated: February 10, 2025

| | |
|---|---|
| OF COUNSEL:<br><br>Thomas J. McKenna<br>Gregory M. Egleston<br>**GAINEY McKENNA & EGLESTON**<br>260 Madison Avenue, 22nd Floor<br>New York, New York 10016<br>(212) 983-1300<br>tjmckenna@gme-law.com<br>gegleston@gme-law.com | /s/ Ryan M. Ernst<br>Ryan M. Ernst (Bar No. 4788)<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>(302) 803-4600<br>rernst@bk-legal.com<br><br>*Counsel for Plaintiff Murphy* |
| OF COUNSEL:<br><br>Gregory M. Nespole<br>Daniel Tepper<br>Correy A. Suk<br>Sidharth Kakkar<br>**LEVI & KORSINSKY, LLP**<br>33 Whitehall Street, 17th Floor<br>New York, New York 10004<br>(212) 363-7500<br>gnespole@zlk.com<br>dtepper@zlk.com<br>csuk@zlk.com<br>skakkar@zlk.com | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>**FARNAN LLP**<br>919 N. Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiff Sahakian* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jesse Bernstein<br>**QUINN EMANUEL URQUHART**<br>  **& SULLIVAN, LLP**<br>295 Fifth Avenue<br>New York, New York 10016<br>(212) 849-7000<br>jessebernstein@quinnemanuel.com | */s/ Michael A. Barlow*<br>Michael A. Barlow (Bar No. 3928)<br>**QUINN EMANUEL URQUHART**<br>  **& SULLIVAN, LLP**<br>500 Delaware Avenue, Suite 220<br>Wilmington, Delaware 19801<br>(302) 302-4000<br>michaelbarlow@quinnemanuel.com<br><br>***Counsel for Defendants***|